**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1101**

ASAD SAMMI NIYAZ,

        Plaintiff — Appellant,

    v.

BANK OF AMERICA; COUNTRYWIDE HOME LOANS, INCORPORATED, America's
Wholesale Lender; BAC HOME LOANS SERVICING, LP; RECONSTRUCT
COMPANY, N.A., is a wholly-owned subsidiary of Bank of America,
N.A.; MERS, Mortgage Electronic Registration Systems; SAMUEL I.
WHITE, P.C.; JON DOE, 1 - 100,

        Defendants — Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:10-cv-00796-JCC-TCB)

Submitted: July 28, 2011        Decided: August 11, 2011

Before GREGORY and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Asad Sammi Niyaz, Appellant Pro Se. Jenelle Marie Dennis,
BALLARD SPAHR, LLP, Bethesda, Maryland; Constantinos George
Panagopoulos, BALLARD SPAHR, LLP, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Asad Sammi Niyaz appeals the district court's order granting summary judgment in favor of the Defendants in his lawsuit filed in an attempt to prevent foreclosure on his property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Niyaz v. Bank of America, No. 1:10-cv-00796-JCC-TCB (E.D. Va. Jan. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED